**Order filed, June 14, 2016.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-16-00281-CV**
_____

**EMMA E. DU BOIS, INDIVIDUALLY AND IN HER CAPACITY AS REPRESENTATIVE OF THE ESTATE OF DORA MILLER DU BOIS, DECEASED, Appellant**

**V.**

**BRENDA DUBOIS BRADLEY, INDIVIDUALLY AND AS AGENT IN SUCCESSION OF DORA MILLER DU BOIS, DECEASED, ET AL, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2014-73434**

## ORDER

The reporter's record in this case was due **May 31, 2016**. _See_ Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jennifer Philips**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM